# Court of Appeals
# of the State of Georgia

ATLANTA,   April 23, 2013

*The Court of Appeals hereby passes the following order:*

**A13A1519. RODERICK WATKINS v. THE STATE.**

Roderick Watkins was convicted of aggravated assault and aggravated battery on December 13, 2006. The trial court denied Watkins' motion for new trial, and we affirmed that decision in *Watkins v. State*, 306 Ga. App. 769 (712 SE2d 904) (2010). On April 3, 2012, Watkins filed a pro se extraordinary motion for new trial. After the trial court denied his motion, Watkins filed this appeal. We lack jurisdiction.

To appeal from an order denying an extraordinary motion for new trial, a party must file an application for discretionary appeal. See OCGA § 5-6-35 (a) (7); *Balkcom v. State*, 227 Ga. App. 327, 329 (489 SE2d 129) (1997). Because Watkins failed to comply with the discretionary appeal procedure, this Court lacks jurisdiction to consider the appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 04/23/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


, *Clerk.*